**Mark Wray, NVB #4425**
mwray@markwraylaw.com
**Julia Islas, NVB #5807**
jislas@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
Phone: (775) 348-8877
Facsimile: (775) 348-8351

**Leonard D. DuBoff,** *pro hac vice*
lduboff@dubofflaw.com
**Christopher W. Brown,** *pro hac vice*
cbrown@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOW VENTURES, LLC, a Nevada limited liability company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRAND SIERRA RESORT, CORP., a Nevada corporation, et al., <br><br> Defendants. | Civil No. 3:07-cv-00377- BES-VPC |

### MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and (b), Plaintiffs Dow Ventures, LLC, and Jeffery Dow hereby move this Court to issue an order of dismissal in this case for Plaintiffs' claims, against all defendants, with prejudice, without award of costs or attorney fees to any party, on the basis that Plaintiffs have reached a settlement with defendants. The settlement is not intended to

Page 1 – MOTION FOR DISMISSAL

\\jelad\clients\3400-3499\3403\Pleadings\Motion for Dismissal.doc

affect claims by defendants on third party defendant, nor any of the defendants' cross claims. Defendants consent to this motion.

Dated this 25th day of September, 2008.

*[signature]*

Leonard D. DuBoff, *pro hac vice*
lduboff@dubofflaw.com
Christopher W. Brown, *pro hac vice*
cbrown@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street Suite #200
Portland, OR 97223
Attorney for Plaintiffs

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated  12-10-08

Page 2 –MOTION FOR DISMISSAL

\\jelad\clients\3400-3499\3403\Pleadings\Motion for Dismissal.doc